1  DAWN BRUCE
   NANA I AM
2  10727 JAGGERY STREET
3  FONTANA, CA 92337



FILED

NOV 13 2014

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

4

5

6

7                     UNTIED STATES BANKRUPCY COURT

8              IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                          (RIVERSIDE COUNTY)

10

11

12

13

14    DAWN BRUCE (DEBTOR)

15

16  PREEMINENT INVESTMENT        ) BK  CASE NO: 6:14-BK-22070-MH
    CORPORATION, A CALIFORNIA    )
17  CORPORATION,                 ) State Ct Case No  UDFS 1404393
                                 )
18                               ) DEBTOR, DAWN BRUCE  NOTICE OF
                                 ) REMOVAL OF THE ABOVE ENTITLED
19               Plaintiff(s)    ) CASE TO THE UNITED STATES
                                 ) BANKRUPTCY  COURT FOR THE
20          Vs.                  ) CENTRAL DISTRICT OF CALIFORNIA
                                 )
21  BARRY DUFFIN, AN INDIVIDUAL  )
22                               ) JUDICIAL NOTICE:  THIS IS  A
                                 ) FEDERAL  TAX  ISSUE AND AS A
23                               ) BANKRUPTCY  JUDGE, YOU HAVE
                                 ) FEDERAL OBLIGATION TO MAKE
24          Defendants.          ) SURE THAT ALL THE TAXES
                                 ) ASSOCIATED WITH CASE IS PAID TO
25                               ) IRS AND FILED WITH THIS COURT.
26                               ) IRS FORMS: 105, 8300,3049a AND W9.
                                 ) DEBTOR ASKS BK COURT AND THE
27                               ) TRUSTEE TO DISCHARGE AND
                                 ) SETTLE THE ALLEGED DEBT.
28

                     DEFENDANT'S NOTICE OF REMOVAL                          1

No Fee Required



TO PLAINTIFF(S) PREEMINENT INVESTMENT CORPORATION, A

CALIFORNIA CORPORATION , AND THEIR  ATTORNEYS OF RECORD AND

ALL INTERESTED PARTIES:

     COMES NOW, Defendants,  DAWN BRUCE AND NAN- " I AM" (REAL PARTY OF

INTEREST),   hereby respectfully move to remove this referenced UD Case to the United States

Bankruptcy  Court for the Central District of California in the county of Riverside.

Removal is requested pursuant to the jurisdiction placed on the Federal Courts by 28

USC., 1446, et.seq.

     The removed case is PREEMINENT INVESTMENT CORPORATION, A

CALIFORNIA CORPORATION  VS. BARRY BRUCE, AN INDIVIDUAL.

     As required by 28 U.S.C. § 1446(a) and Local Rule,  copies of all process, pleading,

orders, and other papers or exhibits filed in the State Court are attached as Exhibit were

served on the Plaintiff(s) and their timely and the lower court in Fontana was notified as well as The San Bernardino County Sheriff Department.

Venue of this removal is proper under 28 U.S.C. §§ 1441(a) in the Central District of California, RIVERSIDE COUNTY because the SAN BERNARDINO COUNTY Superior Court is within the Central Division.

The primary statutory provision allowing removal from state to federal court is 28 U.S.C. 1441. Section 1441 provides that a defendant(s) in a case may remove an action from state to federal court if the district court has "original jurisdiction." For example, an action must satisfy all of the requirements of :

- Section 1331 (federal question); or

- Section 1332 (diversity); or

- Section 1333 (admiralty, maritime and prize cases); or

- any of the other areas over which federal courts have original jurisdiction.

In determining what constitutes a federal question, the Court has historically interpreted the "arising under" language in Article III very expansively. In *Osborn v. Bank of the United States*, 22 U.S. (9 Wheat.) 738 (1824), Chief Justice John Marshall held that a case satisfies Article III's "arising under" requirement whenever federal law "forms an ingredient of the original cause." In applying this rule, the Court held that

Congress may constitutionally create federal court jurisdiction whenever a federal law is **a potential ingredient** of a case.

Applying this interpretation to the case at hand, Defendant(s) urges this Court to recognize that Plaintiffs are collection agencies or "Debt collectors" as defined by FDCPA 15 U.S.C. § 1692a.  Defendant(s) have alleged that Plaintiff violated Defendant's rights as defined by 15 U.S.C. § 1692e(10), 15 U.S.C. § 1692g(a)(3), and 15 U.S.C. § 1692g(a)(5) of the Fair Debt Collection Practices Act ("FDCPA").  Plaintiff's complaint arises under the Federal Debt Collection Practices Act as defined by 15 USC.

*FDCPA 15 U.S.C. § 1692k(d) provides in pertinent part that: "An action to enforce any liability created by this title may be brought in any appropriate United States Bankruptcy or district court without regard to the amount in controversy, or in any other court of competent jurisdiction, within one year from the date on which the violation occurs.*

*JUDICIAL NOTICE: AS A FEDERAL JUDGE, YOU ARE A TAX COLLECTOR, TAX JUDGE AND YOU HAVE FUDICIAL RESPONSIBILITY TO MAKE SURE THAT ALL TAXES ASSOCIATED WITH EACH CASE THAT YOU PRESIDE IS PAID TO THE IRS AND FILED WITH THE COURTS. AND THE TRUSTEE IS RESPONSIBLE TO OVER SEE THE SETTLEMENT AND DISCHARGE OF THE ALLEGED UNSECURE DEBT.*

*THIS IS A TAX ISSUE AND IRS HAS THE MASTER LIEN.  NEITHER THE BANK NOR THE MOVANT HAS PROVEN THAT THEY HAVE FILED ANY TAXES ON THIS LIEN THAT THEY ARE CLAIMING.*

1    *THIS COURT IS BEING DECIVED BY THESE ATTORNEYS AND USING IT*

2    *FOR MONEY LAUNDERING, COUNTERFIETING AND TAX EVASION AND IT HAS*

3    *TO STOP.*

4

5    *IF THESE TAX FORMS AND THE OTHERS ARE NOT PAID AND FILED*

6    *BEFORE THIS COURT, AND THE COURT PROCEEDS WITH THIS HEARING, THEN*

7    *THIS COURT IS AIDING AND ABIDING THIS FRAUD THAT IS BING COMMITTED*

8    *BY THESE BANKS, INVESTORS AND THEIR ATTORNEYS.*

9    *JUDICIAL NOTICE: President Thomas Jefferson said; "I believe that banking*

10   *institutions are more dangerous to our liberties than standing armies. If the American*

11

12   *people ever allow private banks to control the issue of their currency, first by inflation,*

13   *then by deflation, the banks and corporations that will grow around {THE BANKS}*

14   *will deprive the people of all property until their children woke-up homeless on the*

15   *continent their fathers conquered. The issuing power should be taken from the banks*

16   *and restored to the people, to whom it properly belongs.*

17

18   Under the circumstances, federal Court jurisdiction will well founded and based.

19

20

21   Dated: 11/13/2014                                    Respectfully Submitted,

22

23

24                                                       Dawn Bruce (Debtor)

25

26                                                       Nana- " I AM"( Interested Party).

27

28

## PROOF OF SERVICE

I, Ruben Languren, the undersigned declare:

I am employed in the county of Los Angeles, State of California.   I am over the age of

18 years of age and not a party to the within action.   My address

is_____

And not a party to the above entitled action.

On 24, 2014, I served the foregoing document described as:

**DEFENDANT'S NOTICE OF REMOVAL TO:**

**ATTENTION:  NICHOLAS KANTER (239436)**
**LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN**
**16633 VENTURA BLVD**
**11TH FLOOR**
**ENCINO, CA 91436**

**TELEPHONE-818- 990-2120**
**FAX:          818-981-4764**

I am "readily familiar" with the firm's practice of collecting and processing

correspondence for mailing.   Under this practice, mail is deposited with the United

States Postal Service on the same day, with postage thereon fully prepaid at Los

Angeles, California in the ordinary course of business.   I am aware that on motion of

the party served, service is presumed invalid if postal cancellation date of postage meter

date is more than one day after date of deposit for mailing in the affidavit.

I declare under penalty of perjury of the laws of the State of California.

Dated:  NOVEMBER,13, 2014

_____
RUBEN LANGUREN

**SUMMONS**
*(CITACION JUDICIAL)*
**UNLAWFUL DETAINER—EVICTION**
*(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

**SUM-130**



*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BARRY DUFFIN, an individual

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
PREEMINENT INVESTMENT CORPORATION, a California
corporation,

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SAN BERNARDINO COUNTY SUPERIOR COURT
17780 Arrow Route

Fontana, CA 92335
FONTANA

CASE NUMBER:
*(Número del caso):*
UDFS1404397

2 The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
NICHOLAS KANTER, ESQ., SBN 239436
LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN        (818) 990-2120
16633 Ventura Boulevard, 11th Floor                (818) 981-4764
Encino, CA 91436

3 (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415.) [X] did not [ ] did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date:
*(Fecha)*    JUL 1 7 2014

Clerk, by
*(Secretario)*   **KAREN DENTON** , Deputy
*(Adjunto)*

For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4 **NOTICE TO THE PERSON SERVED:** You are served BARRY DUFFIN

a. [X] as an individual defendant.
b. [ ] as the person sued under the fictitious name of (specify):
c. [ ] as an occupant
d. [ ] on behalf of (specify):

under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
[ ] CCP 415.46 (occupant)              [ ] other (specify):

5 [X] by personal delivery on (date): 7-22-14 By COURT ORDER TO POST & MAIL

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Legal
Solutions

Page 1 of 2

Code of Civil Procedure §§ 412.20, 415.456, 1167

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| NICHOLAS KANTER, ESQ., SBN 239436<br>LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN<br>16633 Ventura Boulevard, 11th Floor<br>Encino, CA 91436 | F I L E D<br>SUPERIOR COURT OF SAN BERNARDINO<br>COUNTY OF SAN BERNARDINO<br>FONTANA DISTRICT |

TELEPHONE NO.: (818) 990-2120   FAX NO.: (818) 981-4764
ATTORNEY FOR (Name): Plaintiff, PREEMINENT INVESTMENT CORP.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 17780 Arrow Route
MAILING ADDRESS:
CITY AND ZIP CODE: Fontana, CA 92335
BRANCH NAME: FONTANA

CASE NAME:   PREEMINENT INVESTMENT CORPORATION vs. BARRY
COFFIN, an individual

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☐ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☒ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | CIVFS1404393 |
| | | | | JUDGE: |
| | | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400–3.403) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | ☐ Other collections (09) | ☐ Construction defect (10) |
| **Damage/Wrongful Death) Tort** | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | **Real Property** | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | types (41) |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | **Enforcement of Judgment** |
| ☐ Civil rights (08) | **Unlawful Detainer** | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | **Miscellaneous Civil Complaint** |
| ☐ Fraud (16) | ☒ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Other complaint (not specified above) (42) |
| ☐ Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| **Employment** | ☐ Petition re: arbitration award (11) | ☐ Other petition (not specified above) (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is   ☒ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel   e. ☐ Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve      in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. ☒ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action (specify): 1 (One)
5. This case ☐ is   ☒ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: July 16, 2014
NICHOLAS KANTER
(TYPE OR PRINT NAME)                                            (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

Legal
Solutions
Plus

NICHOLAS KANTER, ESQ., SBN 239436
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
16633 Ventura Boulevard, 11th Floor
Encino, California 91436-1865
Telephone: (818) 990-2120
Telecopier: (818) 981-4764
nkanter@lewitthackman.com
Attorneys for Plaintiff Preeminent Investment Corporation



## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| PREEMINENT INVESTMENT CORPORATION, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BARRY DUFFIN, an individual, <br><br> Defendant. | CASE NO: UDFS1404393 <br><br> COMPLAINT IN UNLAWFUL DETAINER <br><br> ACTION BASED ON CODE OF CIVIL PROCEDURE SECTION 1161a <br><br> LIMITED CIVIL CASE <br> (Amount demanded does not exceed $10,000) |

## GENERAL ALLEGATIONS

1.      Plaintiff Preeminent Investment Corporation ("Plaintiff"), is, and at all times relevant was, a California corporation, licensed to do business in California. Preeminent's principal place of business is in California.

2.      Plaintiff is the owner of the real property located at 10727 Jaggery Street, Fontana, CA 92337 (the "Property").

3.      Defendant BARRY DUFFIN ("Defendant") is an individual. Plaintiff is informed and believes and thereupon alleges that Defendant is a natural person and competent adult, residing in the city of Fontana and currently occupies the Property.

4.      On July 1, 2014, Plaintiff acquired title to the Property as a bona fide purchaser at a trustee's sale. The Property was sold in accordance with Civil Code Section 2924. Plaintiff perfected title to the Property. A true and correct copy of the recorded Trustee's Deed Upon Sale

is attached hereto as Exhibit "A."

5.    Following Plaintiff's purchase of the Property. Defendant no longer had an ownership interest in the Property.

6.    On July 2, 2014, Plaintiff caused to be served on Defendant a Three Day Notice to Quit (the "Notice").  Copy of the Notice is attached as Exhibit "B."

7.    The Notice was served pursuant to Section 1162 of the California Code of Civil Procedure.  The exact method of service is reflected in the attached Notice, which is incorporated herein by reference.

8.    The period stated in the Notice expired on July 7, 2014 and Defendant failed to comply with the requirements of the Notice as of this date in that he failed to vacate and surrender possession of the Property to Plaintiff.  Based on information and belief, Defendant remains in possession of the Property.

9.    Plaintiff is informed and believes and thereupon alleges that the reasonable rental value of the Property is the sum of Eighty Dollars ($80.00) per day, and damages to Plaintiff caused by Defendant's unlawful detention thereof have accrued at said rate since July 8, 2014, and will continue to accrue at said rate so long as Defendant remains in possession of the Property.

WHEREFORE, Plaintiff prays judgment against Defendant as follows:

1.    For immediate possession of the Property;

2.    For damages at the rate of $80.00 per day, according to proof, for each day Defendants continue in possession of the Property, commencing July 8, 2014;

3.    For costs of suit incurred herein; and

4.    For such other and further relief as the Court deems just and proper.

DATED: July 16, 2014

LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN

By: _____
NICHOLAS KANTER
Attorneys for Plaintiff

- 2 -

COMPLAINT IN UNLAWFUL DETAINER

| | SUM-130 |
|---|---|
| PLAINTIFF (Name): PREEMINENT INVESTMENT CORPORATION, a California corporation, <br> DEFENDANT (Name): BARRY DUFFIN, an individual | CASE NUMBER: |

8. Unlawful detainer assistant (complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant).

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city and zip:


   d. County of registration:

   e. Registration no.:

   f. Registration expires on (date):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

PREEMINENT INVESTMENT CORPORATION,
a California corporation,                                    Case No. _____

                              vs.

                                                            CERTIFICATE OF ASSIGNMENT

BARRY DUFFIN, an individual

---

A civil action or proceeding presented for filing must be accompanied by this certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the **Fontana**
District of the Superior Court under Rule 404 of this court for the checked reason:

[X] General        [ ] Collection

| | Nature of Action | Ground |
|---|---|---|
| 1 | Adoption | Petitioner resides within the district. |
| 2 | Conservator | Petitioner or conservatee resides within the district. |
| 3 | Contract | Performance in the district is expressly provided for. |
| 4 | Equity | The cause of action arose within the district. |
| 5 | Eminent Domain | The property is located within the district. |
| 6 | Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| 7 | Guardianship | Petitioner or ward resides within the district or has property within the district. |
| 8 | Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| 9 | Mandate | The defendant functions wholly within the district. |
| 10 | Name Change | The petitioner resides within the district. |
| 11 | Personal Injury | The injury occurred within the district |
| 12 | Personal Property | The property is located within the district. |
| 13 | Probate | Decedent resided or resides within the district or had property within the district. |
| 14 | Prohibition | The defendant functions wholly within the district. |
| 15 | Review | The defendant functions wholly within the district. |
| 16 | Title to Real Property | The property is located within the district. |
| 17 | Transferred Action | The lower court is located within the district. |
| X 18 | Unlawful Detainer | The property is located within the district. |
| 19 | Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| 20 | Other | |
| 21 | THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designated district is:

10727 Jaggery Street

(NAME - INDICATE TITLE OR OTHER QUALIFYING FACTOR)                                    ADDRESS

Fontana,                              CA                              92337
(CITY)                               (STATE)                         (ZIP CODE)

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on

July 18, 2014 _____ at Encino _____ California

                                              _____
                                              Signature of Attorney/Party
                                              NICHOLAS KANTER

5-15503-360 Rev. 10/54                                                      SG-15503

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
   Medical Malpractice— Physicians & Surgeons
   Other Professional Health Care Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip and fall)
   Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
   Intentional Infliction of Emotional Distress
   Negligent Infliction of Emotional Distress
   Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
   Contract/Warranty Breach—Seller Plaintiff *(not fraud or negligence)*
   Negligent Breach of Contract/ Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
   Collection Case—Seller Plaintiff
   Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court Case Matter
   Writ–Other Limited Court Case Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of County)
   Confession of Judgment *(non-domestic relations)*
   Sister State Judgment
   Administrative Agency Award *(not unpaid taxes)*
   Petition/Certification of Entry of Judgment on Unpaid Taxes
   Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
   Declaratory Relief Only
   Injunctive Relief Only *(non-harassment)*
   Mechanics Lien
   Other Commercial Complaint Case *(non-tort/non-complex)*
   Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief from Late Claim
   Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

EXHIBIT "A"

RECORDING REQUESTED BY:

AND WHEN RECORDED TO:
PREEMINENT INVESTMENT CORP
14728 PIPELINE AVE. SUITE B
CHINO, CA 91709
Forward Tax Statements to
the address given above



Recorded in Official Records, County of San Bernardino
**DENNIS DRAEGER**
ASSESSOR – RECORDER – CLERK

7/15/2014
11:45 AM
TP

P Counter

Doc#: **2014-0255411**

| Titles: | 1 | Pages: | 2 |
|---|---|---|---|
| | | Fees | 16.00 |
| | | Taxes | 392.50 |
| | | Other | 19.00 |
| | | PAID | $427.50 |

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: 2013-00934
Loan #: 120116
A.P.N.: 0255-251-07-0-000                              Order #: 8371490

## TRUSTEE'S DEED UPON SALE

A.P.N.: 0255-251-07-0-000                    Transfer Tax: $0.00

The Grantee Herein was not the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was $472,200.50
The Amount Paid by the Grantee was $355,000.00
Said Property is in the City of FONTANA, County of San Bernardino

Entra Default Solutions, LLC, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

## PREEMINENT INVESTMENT CORP

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of San Bernardino, State of California, described as follows:

LOT 7 OF TRACT NO. 14678-3, IN THE CITY OF FONTANA, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS SHOWN ON THE SUBDIVISION MAP, FILED IN BOOK 307, AT PAGE 77 TO 80, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE SAN BERNARDINO COUNTY RECORDER.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES BELOW A DEPTH OF 500 FEET, WITHOUT THE RIGHT OF SURFACE ENTRY, AS RESERVED IN AN INSTRUMENT RECORDED JANUARY 23, 2007, AS INSTRUMENT NO. 07-45578, OFFICIAL RECORDS.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by BARRY DUFFIN, A SINGLE MAN as Trustor, dated 6/4/2009 and recorded on 6/17/2009, instrument number 2009-0263257, Book, Page of Official Records in the office of the Recorder of San Bernardino, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days

MAIL TAX STATEMENTS AS DIRECTED ABOVE

after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 7/1/2014. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $355,000.00, in lawful money of the United States, in pro per. receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, Entra Default Solutions, LLC, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws.

Date: 7/1/2014

Entra Default Solutions, LLC

By: _____
June Christy, Vice President

STATE OF California
COUNTY OF Contra Costa

On 7/1/2014 before me, Katie Milnes  Notary Public, Personally appeared, June Christy, Vice President who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Name                                        {Seal}


KATIE MILNES
COMM. #2022569
NOTARY PUBLIC - CALIFORNIA
CONTRA COSTA COUNTY
My Comm. Expires April 29, 2017

EXHIBIT "B"

### Three-Day Notice to Quit

To: BARRY DUFFIN, & ALL Occupant(s) in possession of the premises at 10727 JAGGERY Street, City of FONTANA, County of SAN BERNARDINO, California (the "Property").

YOU ARE HEREBY NOTIFIED that you are required within THREE (3) DAYS from the date of service on you of this notice to quit vacate and surrender possession of the Property because:

The Property was purchased by Preeminent Investment Corporation on July 1, 2014.

Preeminent Investment Corporation is the lawful owner of the Property. You are no longer the owner of the Property.

If you fail to vacate and surrender possession of the Property within three days, legal proceedings will be instituted against you to recover possession of the Property, damages and court costs.

_Kevin Jenkins_

July 2, 2014

---

### Proof of Service

I, the undersigned, being at least eighteen years of age, served this notice, of which this is a true copy, on BARRY DUFFIN, one of the occupants listed above as follows:

[ ]   On _____, 2014 I delivered the notice to the occupant personally.

[ ]   On _____, 2014, I delivered the notice to a person of suitable age and discretion at the occupant's residence/business after having attempted personal service at the occupant's residence, and business, if known. On _____, 2014, I mailed a second copy to the occupant at his or her residence.

[ X ]   On _July 2_____, 2014 I posted the notice in a conspicuous place on the property, after having attempted personal service at the occupant's residence, and business, if known, and after having been unable to find there a person of suitable age and discretion. On _July 2_____, 2014 I mailed a second copy to the occupant at the property.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

___Kevin Jenkins___          ___July 2_____, 2014
Signature                      Date

Registered California process server. Registration NO.1538. County of San Bernardino.

## VERIFICATION

I have read the foregoing Unlawful Detainer Complaint and know its contents.

I am an Officer of Plaintiff Preeminent Investment Corporation, and am authorized to make this verification for and on its behalf. I am informed and believe and on that ground allege that the matters stated in the Unlawful Detainer Complaint are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 16, 2014, at Chino Hills, California.

Simon Zhang, President
Preeminent Investment Corporation

PLAINTIFF (Name): _Permanent Investment Corp._ CASE NUMBER

DEFENDANT (Name): _Benny Duffin, an Individual_ USPR MO4393

12. I am filing my claim in the following manner (check the box that shows how you are filing your claim. Note that you must deliver to the court a copy of the claim form or a levying officer's receipt):

a. [ ]  (With 15 days' rent payment) I presented this claim form to the sheriff, marshal, or other levying officer AND within two court days I shall deliver to the court the following: (1) a copy of this completed claim form or a receipt, (2) the court filing fee or form for proceeding in forma pauperis, and (3) an amount equal to 15 days' rent.    — OR —

a. [✓]  (Without 15 days' rent payment) I presented this claim form to the sheriff, marshal, or other levying officer, AND within two court days I shall deliver to the court the following: (1) a copy of this completed claim form or a receipt, and (2) the court filing fee or form for proceeding in forma pauperis.

IMPORTANT:  Do not take a copy of this claim form to the court unless you have first given the form to the sheriff, marshal, or other levying officer.

| (To be completed by the court) | | | |
|---|---|---|---|
| Date of hearing: | Time: | Dept. or Div.: | Room: |
| Address of court: | | | |

NOTICE:  If you fail to appear at this hearing you will be evicted without further hearing.

13. Rental agreement.   I have (check all that apply to you):

a. [ ] an oral rental agreement with the landlord.
b. [ ] a written rental agreement with the landlord.
c. [ ] an oral rental agreement with a person other than the landlord.
d. [ ] a written rental agreement with a person other than the landlord.
e. [✓] other (explain):  _Grant Deed_

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WARNING:  Perjury is a felony punishable by imprisonment in the state prison.

Date: _9/12/2014_

_Dawn Bruce_
(TYPE OR PRINT NAME)

_[signature]_
(SIGNATURE OF CLAIMANT)

NOTICE:  If your claim to possession is found to be valid, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## — NOTICE TO OCCUPANTS —

YOU MUST ACT AT ONCE if all the following are true:

1. You are NOT named in the accompanying form called Writ of Possession.
2. You occupied the premises on or before the date the unlawful detainer (eviction) action was filed. (The date is in the accompanying Writ of Possession.)
3. You still occupy the premises.
4. A Prejudgment Claim of Right to Possession form was NOT served with the Summons and Complaint.

You can complete and SUBMIT THIS CLAIM FORM (in person with identification)

(1) before the date of eviction at the sheriff's or marshal's office located at (address):

(2) OR at the premises at the time of the eviction. (Give this form to the officer who comes to evict you.)

If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED along with the parties named in the writ.

After this form is properly filed, A HEARING WILL BE HELD to decide your claim. If you do not appear at the hearing, you will be evicted without further hearing.

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):    TELEPHONE NO.

Dawn Ponce
10727 Jaggery Street
Fontana, CA 92337

ATTORNEY FOR (Name):

NAME OF COURT: Superior Court of the State of California, Los Angeles
STREET ADDRESS: 17780 Arrow Route
MAILING ADDRESS:
CITY AND ZIP CODE: Fontana, CA 92335
BRANCH NAME: Fontana

PLAINTIFF: Preeminent Investment Corp

DEFENDANT: Barry Duffin, an individual

FOR COURT USE ONLY

2014 SEP 17 P 12:45

SHERIFF

CLAIM OF RIGHT TO POSSESSION
AND NOTICE OF HEARING

CASE NUMBER:
UDFS 1404393

NOTICE TO LEVYING OFFICER:
☐ Claim granted   ☐ Claim denied

Clerk, by _____

(For levying officer use only)
Completed form was received on

Date: 9/17/14  Time: 10:48p

By: J. COLON

Complete this form only if ALL of these statements are true:

1. You are NOT named in the accompanying form called Writ of Possession.

2. You occupied the premises on or before the date the unlawful detainer (eviction) action was filed. (The date is in the accompanying Writ of Possession.)

4. A Prejudgment Claim of Right to Possession form was NOT served with the Summons and Complaint.

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is (specify): Dawn Ponce

2. I reside at (street address, unit No., city and ZIP code):
10727 Jaggery Street, Fontana, CH 92337

3. The address of "the premises" subject to this claim is (address):
10727 Jaggery Street, Fontana, CA 92337

4. On (insert date): July 17th   the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is in the accompanying Writ of Possession.)

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Writ of Possession.

9. I understand that if I make this claim of possession, a COURT HEARING will be held to decide whether my claim will be granted.

10. (Filing fee) To obtain a court hearing on my claim, I understand that after I present this form to the levying officer I must go to the court and pay a filing fee of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees within two court days, the court will immediately deny my claim.

11. (Immediate court hearing unless you deposit 15 days' rent) To obtain a court hearing on my claim, I understand I must also deliver to the court a copy of this completed claim form or a receipt from the levying officer. I also understand the date of my hearing will be set immediately if I don't deliver to the court an amount equal to 15 days' rent.

(Continued on reverse)

CP10 [Rev. January 1, 1993]

CLAIM OF RIGHT TO POSSESSION
AND NOTICE OF HEARING

Code of Civil Procedure §§ 715.010, 715.020, 1174.3

RECEIVED

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*          TELEPHONE NO.          FOR COURT USE ONLY

Naua - I Hill
10727 Jaggery Street
Fontana, CA 92337          2014 SEP 17 AM 10:48

ATTORNEY FOR *(Name)*

NAME OF COURT: Superior Court of the State of California, Los Angeles
STREET ADDRESS: 17780 Arrow Route
MAILING ADDRESS:
CITY AND ZIP CODE: Fontana, CA 92335
BRANCH NAME: Fontana

PLAINTIFF: Preminent Investment Corp

DEFENDANT: Barny Duffin, an individual

| CLAIM OF RIGHT TO POSSESSION AND NOTICE OF HEARING | CASE NUMBER: ULDFS 1404393 |
|---|---|

**Complete this form only if ALL of these statements are true:**

1. You are NOT named in the accompanying form called Writ of Possession.

2. You occupied the premises on or before the date the unlawful detainer (eviction) action was filed. *(The date is in the accompanying Writ of Possession.)*

4 A Prejudgment Claim of Right to Possession form was NOT served with the Summons and Complaint.

NOTICE TO LEVYING OFFICER:
☐ Claim granted      ☐ Claim denied

Clerk, by _____

*(For levying officer use only)*
Completed form was received on

Date: 9/17/14   Time: 12:48p

By J. COLON

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1 My name is *(specify):* Naua - I Hill

2. I reside at *(street address, unit No., city and ZIP code):*
10727 Jaggery Street, Fontana, CA 92337

3. The address of "the premises" subject to this claim is *(address):*
10727 Jaggery Street, Fontana, CA 92337

4. On *(insert date)* July 17, 2014   the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is in the accompanying Writ of Possession.)*

5 I occupied the premises on the date the complaint was filed *(the date in item 4)*, I have continued to occupy the premises ever since.

6 I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*

8. I was not named in the Writ of Possession.

9 I understand that if I make this claim of possession, a COURT HEARING will be held to decide whether my claim will be granted.

10 *(Filing fee)* To obtain a court hearing on my claim, I understand that after I present this form to the levying officer I must go to the court and pay a filing fee of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees within two court days, the court will immediately deny my claim.

11 *(Immediate court hearing unless you deposit 15 days' rent)* To obtain a court hearing on my claim, I understand I must also deliver to the court a copy of this completed claim form or a receipt from the levying officer. I also understand the date of my hearing will be set immediately if I don't deliver to the court an amount equal to 15 days' rent.

*(Continued on reverse)*

CM-15 Rev. January 1991          CLAIM OF RIGHT TO POSSESSION AND NOTICE OF HEARING          Code of Civil Procedure §§ 415.46, 715.010, 715.020, 1174.3

*Premises of inducement (My*
*Barry Dutton, an Individual   LLDFS 1464393*

I am filing my claim in the following manner: directing the box that applies to you. (using your claim form, that you must serve to the court a copy of the claim form or a levying officers receipt)

☐ (With 15 days rent payment) I presented this claim form to the sheriff, marshal or other levying officer AND within two court days I shall deliver to the court the following: 1) a copy of this completed claim form or a receipt; 2) the court filing fee or form for proceeding in forma pauperis; and 3) an amount equal to 15 days rent.   — OF —

☑ (Without 15 days rent payment) I presented this claim form to the sheriff, marshal or other levying officer AND within two court days I shall deliver to the court the following: 1) a copy of this completed claim form or a receipt, and 2) the court filing fee or form for proceeding in forma pauperis.

IMPORTANT:   Do not take a copy of this claim form to the court unless you have first given the form to the sheriff, marshal or other levying officer.

| (To be completed by the court) Date of hearing: Address of court: | Time | Dept. or Div. | Room: |
|---|---|---|---|

NOTICE: If you fail to appear at this hearing you will be evicted without further hearing.

3. Rental agreement.   I have (check all that apply to you):
   a. ☑ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☑ other (explain): *Short form Deed of trust*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date   *9/17/2014*

*Nana-Ihu*                              ▶   *Nana-Ihu*
(TYPE OR PRINT NAME)                        (SIGNATURE OF CLAIMANT)

NOTICE: If your claim to possession is found to be valid, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

— NOTICE TO OCCUPANTS —

YOU MUST ACT AT ONCE if all the following are true:
1. You are NOT named in the accompanying form called Writ of Possession.
2. You occupied the premises on or before the date the unlawful detainer (eviction) action was filed. (The date is in the accompanying Writ of Possession.)
3. You still occupy the premises.
4. A Prejudgment Claim of Right to Possession form was NOT served with the Summons and Complaint.

You can complete and SUBMIT THIS CLAIM FORM (in person with identification)
   (1) before the date of eviction at the sheriff's or marshal's office located at (address):

   (2) OR at the premises at the time of the eviction. (Give this form to the officer who comes to evict you.)

   If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED along with the parties named in the writ.

   After this form is properly filed, A HEARING WILL BE HELD to decide your claim. If you do not appear at the hearing you will be evicted without further hearing.

CLAIM OF RIGHT TO POSSESSION
AND NOTICE OF HEARING